# Supreme Court of Florida

_____

No. SC19-1342
_____

**IN RE: AMENDMENTS TO THE RULES OF THE SUPREME COURT RELATING TO ADMISSIONS TO THE BAR—RULES 1-22.1 AND 1-23.1.**

February 13, 2020

PER CURIAM.

This matter is before the Court for consideration of proposed amendments to the Rules of the Supreme Court Relating to Admissions to the Bar. We have jurisdiction[1] and adopt the amendments, with minor revisions.

## BACKGROUND

The Florida Board of Bar Examiners (Board) has filed a petition to amend Rules of the Supreme Court Relating to Admissions to the Bar (Bar Admission Rules) 1-22.1 (Attorney Members; Qualifications) and 1-23.1 (Public Members; Qualifications). Following the Board's submission, the Court published the Board's proposals for comment. No comments were filed with the Court.

_____

1. *See* art. V, § 15, Fla. Const.

We briefly discuss the amendments below.

**AMENDMENTS**

Rule 1-22.1 of the Rules of the Supreme Court Relating to Admissions to the Bar provides the basic qualifications for attorney Board members.  We amend rule 1-22.1 to now require that attorney members of the Board (1) be active members of The Florida Bar while serving on the Board; (2) have been active members in the five years immediately preceding Board service; and (3) be otherwise deemed qualified by the Court to assess whether applicants meet the essential eligibility requirements for admission under the Bar Admission Rules.  Ambiguous language regarding the requirements for serving on the Board has been deleted.

Rule 1-23.1 of the Rules of the Supreme Court Relating to Admissions to the Bar provides the basic qualifications for nonattorney public Board members.  We amend rule 1-23.1 to require that public members of the Board have an academic bachelor's degree and otherwise "be deemed qualified by the Court to assess whether applicants for admission to The Florida Bar meet the essential eligibility requirements as provided in these Rules."  Language that suggested an emphasis on scientific experience for Board membership has been deleted.

**CONCLUSION**

Accordingly, we amend the Rules of the Supreme Court Relating to Admissions to the Bar as reflected in the appendix to this opinion.  New language

is indicated by underscoring; deletions are indicated by struck-through type. The amendments shall become effective immediately upon release of this opinion.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, and MUÑIZ, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules Regulating the Florida Bar

David C. Reeves, Chair, Michele A. Gavagni, Executive Director, and James T. Almon, General Counsel, Florida Board of Bar Examiners, Tallahassee, Florida,

for Petitioner

# APPENDIX

**1-22.1 Qualifications.** Attorney members must be ~~practicing attorneys with scholarly attainments and an affirmative interest in legal education and the requirements for admission to the bar. Attorney members must have been members of The Florida Bar for at least 5 years.~~ active members of The Florida Bar, and have been so for at least the 5 years immediately preceding their appointments to the board, and otherwise deemed qualified by the Court to assess whether applicants for admission to The Florida Bar meet the essential eligibility requirements as provided in these Rules.


**1-23.1 Qualifications.** Public members must not be lawyers, ~~and~~ must have an academic bachelor's degree, and otherwise must be deemed qualified by the Court to assess whether applicants for admission to The Florida Bar meet the essential eligibility requirements as provided in these Rules. ~~It is desirable that public members possess educational or work-related experience of value to the board such as educational testing, accounting, statistical analysis, medicine, psychology, or related sciences.~~